IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW SON, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 23-5177 |
| DELAWARE COUNTY INTERMEDIATE UNIT, *et al.*, | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this **5th** day of **November 2024**, upon consideration of Defendant Delaware County Intermediate Unit's ("DCIU") Motion to Dismiss Plaintiff's Complaint (ECF No. 8) and all papers in support thereof and in opposition thereof, it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion (ECF No. 8) is **GRANTED** and accordingly, Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** and Plaintiff's state claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge